NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SARAH PATRICIA BENNETT,**
*Petitioner,*

**v.**

**MERIT SYSTEMS PROTECTION BOARD,**
*Respondent,*

**and**

**DEPARTMENT OF VETERANS AFFAIRS,**
*Intervenor.*

---

2010-3084

---

Petition for review of the Merit Systems Protection Board in case no. PH0752090673-I-1.

---

**ON MOTION**

---

**ORDER**

Sarah Patricia Bennett moves without opposition for leave to file the joint appendix and a corrected initial brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

__AUG 2 0 2010__
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Phillip R. Kete, Esq.
    Sara B. Rearden., Esq.
    Karen Goff, Esq.

s20

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

AUG 2 0 2010

**JAN HORBALY**
**CLERK**